UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  DONALD C. HALCOMB<br><br>                            Debtor | CASE NO: 06-32309<br>         (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4088496**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 11/ 15 | FAIRFIELD EMERGENCY PHYSICIANS<br>% NCO FINANCIAL SYSTEMS INC<br>BOX 41567<br>PHILADELPHIA, PA  19101 | 128.64 |

/s/ Jeffrey M. Kellner
_____
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/11/2011

Certificate of Service 06-32309

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DONALD C. HALCOMB
BOX 114
MILFORD, OH  45150

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(14.1n)
CHASE AUTO FINANCE
NATIONAL BANKRUPTCY DEPT
201 N CENTRAL AVE AZ1-1191
PHOENIX, AZ  85004

(15.1)
FAIRFIELD EMERGENCY PHYSICIANS
% NCO FINANCIAL SYSTEMS INC
BOX 41567
PHILADELPHIA, PA  19101

(15.3)
FAIRFIELD EMERGENCY PHYSICIANS
% NCO FINANCIAL SYSTEMS INC
1804 WASHINGTON BLVD #500
BALTIMORE, MD  21230

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv